**FILED**

AUG 22 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VISHVA DESAI and PHILIP J. CHARVAT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADT SECURITY SERVICES,<br><br>Defendant. | Case No: CV-11-80148 MISC SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

IT IS HEREBY ORDERED THAT respondents Pete Tolman, LeadsDirect Marketing Voice Tel Corporation and The Data Suite (collectively "Tolman entities") shall file a written response to Defendant ADT Security Services ("ADT") motion to compel compliance with subpoena in this Court by September 2, 2011. Failure to file an opposition will be construed as a non-opposition to the motion, and a consent to the relief requested therein. ADT shall serve a copy of this Order forthwith on the Tolman entities, and file a certification with the Court that it has complied with the same.

IT IS SO ORDERED.

Dated: August 22, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge